# MYRON H. BRIGHT
## UNITED STATES CIRCUIT JUDGE

QUENTIN N. BURDICK U.S. COURTHOUSE
655 FIRST AVENUE NORTH, SUITE 340
FARGO, NORTH DAKOTA 58102-4952

TELEPHONE: (701) 297-7260
FAX: (701) 297-7265
E-MAIL: MYRON_BRIGHT@CA8.USCOURTS.GOV

August 9, 2004

Committee on Financial Disclosure
Administrative Office of U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

RE:    Calendar Year 2003 Filing

Dear Committee:

In response to your inquiry dated July 29, 2004:

> 1. In Part VII, page 2, line 22, the information inadvertently omitted from Column D should read: "(1) Buy (2) 2/13 (3) J."

> 2. In Part VII, page 2, lines 32 and 33 the specific name of each mutual fund should read: Line 32 "Delaware Tax-Free USA Fund" and line 33 "Calamos Growth & Income Fund."

If further information is required, please advise.

Sincerely,



Myron
MHB/ljs

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Bright, Myron H | 2. Court or Organization<br><br>U.S.C.A.--8th Circuit | 3. Date of Report<br><br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge Senior Status | 5. ReportType (check appropriate type)<br><br>○ Nomination. Date<br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>655 First Avenue North<br>Suite 340<br>Fargo, ND 58102-4952 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Legal Education Fund, Inc. |
| 2. | Director | U.S. - Asia Law Institute |
| 3. | Trustee | Trust #1 and #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

■ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2003 | University of Minnesota Law School, Minneapolis, MN (CLE teaching fee) | 2,500.00 |
| 2. | 2003 | Matthew Bender & Co., Albany, NY (royalties) | 1,901.72 |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | University of Minnesota Law School, Minneapolis, MN | 4/18--Minneapolis, MN--CLE Seminar (transportation) |
| 2. | University of Wisconsin Law School, Madison, WI | 4/14--Madison, WI--Seminar on Judicial Adm. To Shanghai Judges (transportation) |
| 3. | University of Hawaii, William S. Richardson School of Law, Honolulu, HI | 10/21--Honolulu, HI--Jurists-in-residence program (transportation) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Money Market #1 (TD Waterhouse) | A | Interest | K | T | | | | | |
| 2. El Paso Corp. Common Stock | A | Dividend | J | T | | | | | |
| 3. ConocoPhillips Common Stock | A | Dividend | | | Sold | 2/27 | J | | |
| 4. Vital Images Common Stock | | None | | | Sold | 2/27 | I | C | |
| 5. GM Bonds | A | Interest | J | T | | | | | |
| 6. Trust #1 (TD Waterhouse) | D | Int. & Div. | M | T | | | | | |
| 7. --BR Common Stock | | | | | | | | | |
| 8. --El Paso Corp. Common Stock (reporting requirement not met) | | | | | | | | | |
| 9. --ChevronTexaco Common Stock | | | | | | | | | |
| 10. --Surmodics Common Stock | | | | | | | | | |
| 11. --Fargo ND Municipal Bonds | | | | | | | | | |
| 12. --Bank of America Capital Trust II Common Stock | | | | | | | | | |
| 13. --GM Bonds | | | | | | | | | |
| 14. Federal Employee Credit Union | A | Interest | J | T | | | | | |
| 15. Money Market (IRA) (TD Waterhouse) | A | Interest | J | T | | | | | |
| 16. --BR Common Stock (reporting requirements not met) | | | | | | | | | |
| 17. State Bank account (reporting requirements not met) | | | | | | | | | |
| 18. Money Market #3—MetLife | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Pepsico Common Stock | A | Dividend | | | Sold | 2/27 | J | | |
| 20. Household Financial Corp. Bonds | A | Interest | J | T | | | | | |
| 21. Federal National Mortgage Bonds | A | Interest | J | T | | | | | |
| 22. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 23. DYAX Corp. Common Stock | | None | J | T | Buy | 12/16 | J | | |
| 24. Endocardial Solutions Common Stock | A | Dividend | J | T | Buy | 5/06 | J | | |
| 25. ASV, Inc. Common Stock | | None | K | T | Buy | 11/20 | K | | |
| 26. GM Bonds | A | Interest | | | Buy | 5/08 | J | | |
| 27. | | | | | Sold | 11/13 | J | | |
| 28. GM Corp. Common Stock | A | Dividend | | | Buy | 5/14 | J | | |
| 29. | | | | | Sold | 8/13 | J | | |
| 30. Southern Illinois University Revenue Bonds | A | Interest | | | Buy | 1/24 | J | | |
| 31. | | | | | Sold | 11/13 | J | | |
| 32. Delaware Group Mutual Funds | A | Dividend | J | T | Buy | 1/06 | J | | |
| 33. Calamos Investment Mutual Funds | A | Dividend | K | T | Buy | 7/09 | K | | |
| 34. Electro-Sensors Common Stock | A | Dividend | J | T | Buy | 10/9 | J | | |
| 35. Crucell NV Common Stock | | None | J | T | Buy | 6/04 | J | | |
| 36. Trust #2 (Edward Jones Investments) | A | Interest | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.   --Grand Forks ND Improvement Bonds | | | | | Buy | 1/03 | K | | |

---

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2.500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000.
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000.001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____5/13/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544